ORIGINAL

Todd Duell
On the Land/soil county of honolulu
c/o 68-151 Au St #212
Waialua, Hawaii [96791]
duellfamilytrust.trustee@gmail.com
808-379-5867

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 08 2024
at ___ o'clock and ___ min. P M
Lucy H. Carrillo, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII
300 Ala Moana Blvd, C-338
Honolulu, HI 96850
808-541-1300

| | |
|---|---|
| Todd Alan Duell, <br> Secured Party Creditor, <br> Holder In Due Course, <br> Complainant, <br> Ex Relatione on Behalf of: <br> Securities and Exchange Commission, <br> United States of America, <br><br> v. <br><br> Brenda L. McCormick, <br> Jeremy Barnum, <br> Stacey Friedman, <br> Selvi Stanislaus, <br> Jozel Brunett, <br> Jeff Comber <br> Derrick K. Watson <br> Lucy H. Carillo <br><br> Defendants. | Case No. MC24-'00639 MWJS RT <br><br> **CRIMINAL COMPLAINT** <br><br> **ORDER TO CONVENE GRAND JURY** |

## CRIMINAL COMPLAINT

I, Todd Alan Duell, Complainant in this instant case, state the following is true to the best of my knowledge and belief. On or about the dates of:

PAGE 1

1. The defendant(s) violated the codes as indicated below, which hereby incorporates and references evidence lodged in SUPERIOR COURT OF CALIFORNIA, VENTURA COUNTY Case Number: **2016004124** and **2023CUFR014148** and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII Case Number: **C24-00588-DKW-KJM**.

| *Code Section* | *Description* |
| --- | --- |
| 18 USC § 2071 | **Concealment, Removal, or Mutilation**<br>**(a)**<br>Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.<br>**(b)**<br>Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.<br>(June 25, 1948, ch. 645, 62 Stat. 795; Pub. L. 101–510, div. A, title V, § 552(a), Nov. 5, 1990, 104 Stat. 1566; Pub. L. 103–322, title XXXIII, § 330016(1)(I), Sept. 13, 1994, 108 Stat. 2147.) |
| Title LXX Ch. 4 § 5403 | **Crimes Against Justice**<br>Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filled or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, |

| | |
|---|---|
| | shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See§§ 5408,5411,5412.1] |
| Title LXX Ch. 4 § 5407 | **Crimes Against Justice**<br>If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See §§1977-1991, 20042010, 5506-5510.1 |
| Title LXX Ch. 4 § 5408 | **Crimes Against Justice**<br>Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States |
| 18 USC § 1341 | **Frauds and Swindles:**<br>Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, |

| | |
|---|---|
| | any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both. |
| 15 USC § 1 | **Trusts, etc. in Restraint of Trade; Penalty**<br>Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court. |
| 15 USC § 2 | **Monopolizing Trade a Felony; Penalty**<br>Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court. |
| 18 USC § 472 | **Uttering Counterfeit Obligations or Securities**<br>Whoever, with intent to defraud, passes, utters, publishes, or sells, or attempts to pass, utter, publish, or sell, or with like intent brings into the United States or keeps in possession or conceals any falsely made, forged, counterfeited, or altered |

| | |
|---|---|
| | obligation or other security of the United States, shall be fined under this title or imprisoned not more than 20 years, or both. |
| 18 USC § 475 | **Imitating Obligations or Securities**<br>Whoever designs, engraves, prints, makes, or executes, or utters, issues, distributes, circulates, or uses any business or professional card, notice, placard, circular, handbill, or advertisement in the likeness or similitude of any obligation or security of the United States issued under or authorized by any Act of Congress or writes, prints, or otherwise impresses upon or attaches to any such instrument, obligation, or security, or any coin of the United States, any business or professional card, notice, or advertisement, or any notice or advertisement whatever, shall be fined under this title. Nothing in this section applies to evidence of postage payment approved by the United States Postal Service. |
| 18 USC § 371 | **Conspiracy to Commit Offense or to Defraud United States**<br>If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.<br>If, however, the offense, the commission of which is the object of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor. |
| 26 USC § 7201 | **Attempt To Evade or Defeat Tax**<br>Any <u>person</u> who willfully attempts in any manner to evade or defeat any tax imposed by this title or the payment thereof shall, in addition to other penalties provided by law, be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 5 years, or both, together with the costs of prosecution. |
| 18 USC § 2073 | **False Entries and Reports of Moneys or Securities**<br>Whoever, being an officer, clerk, agent, or other employee of the United States or any of its agencies, charged with the duty of keeping accounts or records of any kind, with intent to deceive, mislead, injure, or defraud, makes in any such account |

| | |
|---|---|
| | or record any false or fictitious entry or record of any matter relating to or connected with his duties; or<br>Whoever, being an officer, clerk, agent, or other employee of the United States or any of its agencies, charged with the duty of receiving, holding, or paying over moneys or securities to, for, or on behalf of the United States, or of receiving or holding in trust for any person any moneys or securities, with like intent, makes a false report of such moneys or securities—<br>Shall be fined under this title or imprisoned not more than ten years, or both. |
| SEC Rule 10b-5 | **Securities Fraud**<br>The SEC promulgated Rule 10b-5 under Section 10(b) of the Exchange Act, which authorizes the SEC to regulate securities fraud. The text of the regulation, formally 17 CFR § 240.10b-5, states that "it shall be unlawful for any person . . . (a) [t]o employ any device, scheme, or artifice to defraud, (b) [t]o make any untrue statement of a material fact or to omit to state a material fact . . . or (c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person, in connection with the purchase or sale of any security."<br>Standing<br>While not explicit in the language, courts have interpreted Rule 10b-5 to create a private civil cause of action and additionally allow the SEC to bring criminal enforcement actions. In order to bring a private right of action under Rule 10b-5, the plaintiff must have standing. In *Blue Chip Stamps v. Manor Drug Stores, 421 U.S. 723 (1975)*, the U.S. Supreme Court ruled that a plaintiff must have actually purchased or sold a security to have standing under Rule 10b-5. That is, claiming that a fraudulent misrepresentation caused the plaintiff to forego purchasing or selling a security does not allow them to bring a cause of action under Rule 10b-5. Unlike Section 11, however, Rule 10b-5 applies to both public offerings and private placements.<br>Elements<br>For a private plaintiff or the SEC to prove a violation of Rule 10b-5, they must prove the following elements:<br>• The individual misrepresented a material fact. In *Virginia Bankshares v. Sandberg, 501 U.S. 1083* |

| | |
|---|---|
| | *(1991)*, the Supreme Court found knowingly false statements of reason or opinion to be actionable even though they were conclusory in form. There, the company's directors informed shareholders that the price they would get for their shares from a merger was "high" and a premium, where in fact the directors believed that the value was fair.<br>• The individual did so <u>knowingly</u>, i.e. <u>scienter</u>. This is a lower mental state than <u>strict liability</u>, as required by Section 11, but the U.S. Supreme Court in *<u>Ernst & Ernst v. Hochfelder, 425 U.S. 185 (1976)</u>* clarified that it was higher than <u>negligence</u>. In *<u>Tellabs v. Makor Issues & Rights, 551 U.S. 308 (2007)</u>*, the U.S. Supreme Court described the mental state requirement as being more or equally plausible that the individual knew of the misrepresentation than not.<br>• The plaintiff <u>relied</u> on the individual's material misrepresentation. That is, the misrepresentation must have caused the individual to transact in the security.<br>• The plaintiff suffered <u>loss</u>.<br>**In addition to a private suit, if the SEC establishes those elements, then the individual may be** <u>**CRIMINALLY LIABLE.**</u> |
| 5 USC §§ 3331~3333 (7311), 18 USC § 2384 | **Striking Against the Government, Seditious Conspiracy**<br><br>An individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he—<br>**(1)**<br>advocates the overthrow of our constitutional form of government;<br>**(2)**<br>is a member of an organization that he knows advocates the overthrow of our constitutional form of government;<br>**(3)**<br>participates in a strike, or asserts the right to strike, against the Government of the United States or the government of the District of Columbia; or |

| | |
|---|---|
| | **(4)** is a member of an organization of employees of the Government of the United States or of individuals employed by the government of the District of Columbia that he knows asserts the right to strike against the Government of the United States or the government of the District of Columbia.<br>==================================================<br>If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both. |
| Private Estate Trespass | **CUSIP's [105-69-312626]; 31614562, 779576107, 316069699 and 31638R881** |
| 18 USC § 241 | **Conspiracy Against Rights;**<br>If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or<br>If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—<br>They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.<br>(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(a), title XXXII, §§ 320103(a), 320201(a), title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 |

| | |
|---|---|
| | Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.) |
| 18 USC § 242 | **Deprivation of Rights Under Color of Law;** Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. (June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.) |

# **PARTIES**

SUPERIOR COURT OF CALIFORNIA, VENTURA COUNTY
800 S. Victoria Avenue
Ventura, CA 93009

    Brenda L McCormick, CEO

JP. MORGAN CHASE BANK
270 Park Avenue
New York, NY 10017

    Jeremy Barnum, CFO
    Stacey Friedman, Chief Legal Counsel


CALIFORNIA STATE TAX FRANCHISE BOARD
PO BOX 115
MS-A390
Rancho Cordova, CA 95741-0015

    Selvi Stanislaus, CEO
    Jozel Brunett, Chief Legal Counsel


CDCR CALIFORNIA
1515 S St
Sacramento, CA 95811

    Jeff Comber, Secretary

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
300 Ala Moana Blvd, C-338
Honolulu, HI 96850

    Derrick K Watson
    Lucy H Carillo

## **THIS CRIMINAL COMPLAINT IS BASED ON THESE FACTS**

1. I, Todd Alan Duell, am the Secured Party Creditor, Holder In Due Course, and Principal Owner for the Estate TODD ALAN DUELL©.

2. The Treasury Direct Account now stated as XX-XXX0046 is opened and all records are publicly available with the Secretary of State of COLORADO #20212079883.

3. I revoked and revested legal and equitable title under the merger rule away from the "Alien Property Custodian" and "Common-Law Trustee" under 50 USC § 4312 and 28 USC § 581. The agency agreement, 5 USC § 551, has been terminated. Fiscal Agents and Bar counsel, acting under presumption of 50 USC § 4312, are knowingly, intentionally, willfully, and actively engaged in private trespass against the legal title ownership and restraint of trade against the Estate/Trust TODD ALAN DUELL©.

4. CDCR has had a copy of the tort claim and discharge bonds in my "jacket" since September 2023. Their agents received constant written communication in regard to the securities at bar, kidnapping and false imprisonment in violation of Trezevant v City of Tampa, 741 F2d 336, and the tort claim;

    a. April 7, 2023: Agent Rodriquez; "Status Correction"
    b. June 6, 2023: Agent Rodriquez; "Status Correction"
    c. October 2, 2023: Agent Ortega; "Non-Negotiable Notice of Right to Cancel All Bonds and Amend Filed Tort Claim"

5. In 2021, a bond was deposited with Michael D. Planet, Clerk of the Court at SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA case trust securities account number 2016004124 bearing **CUSIPs 316069699** and **31638R881** in accord with 28 USC § 2041 "Deposit of moneys for pending or adjudicated cases", 48 CFR Ch.1 § 53.228 "Bonds and Insurance", and 41 CFR § 105-55.030 "discharge of indebtedness; reporting requirements." Brenda L. McCormick is the current Clerk of the Court and is aware of the tort claim lodged in the court.

6. The bond was not dishonored by the Clerk of the Court. The Clerk of the Court knowingly, intentionally, and willfully refused to process the Affidavit of Notice [of Discharge].

7. On September 15, 2023, a tort claim was filed against Erik Nasareuko, District Attorney and Anthony Wold, Prosecutor for fraud in violation of; 26 USC § 7701(a)(26). 15 USC §§ 1, 2, 28 USC § 1331; 48 CFR Ch. 1 § 53.228. Case number **2023CUFR014148**. The tort claim was calculated by statute in the amount of **$3,889,152,170.69.** Neither the discharge bonds nor the calculated value of the tort has been disputed.

8. The herein named Defendants had actual and constructive legal knowledge of the public commercial record in regard to my status and standing and knowingly, intentionally and willfully stepped through the public commercial UCC-1 liens on my property and took the following funds via wire fraud from my bank account at JP MORGAN CHASE BANK (Account Number: XXXXX5869, Routing Number: XXXXX1627):

    May 6, 2024: **$25,829.83**

    September 12, 2024: **$127,484.32**

    **TOTAL: $153,314.15**

9. On May 11, 2024, I filed a complaint with the Honolulu Police Department ID # 28564, which has been ignored. Administrative process has been exhausted.

10. On May 13, 2024, I filed a complaint with the FBI Victim Account Number 566165869, which has been ignored. Administrative process has been exhausted.

11. On May 13, 2024 LEGAL NOTICE AND DEMAND to return the funds was sent to Jeremy Barnum and Stacey Friedman, JP MORGAN CHASE as directed by account services to the fax number: 866-699-0618. They also received a copy of the public commercial UCC-1 lien.

12. On or about June 14, 2024 JP MORGAN CHASE BANK blamed the CALIFORNIA FRANCHISE TAX BOARD "CA FTB." NOTICE OF DEFAULT was faxed again to JP MORGAN CHASE BANK and mailed to CA FTB USPS Certified Mail Restricted Delivery 9589 0710 5270 0947 0429 31. Neither named Defendant responded, nor denied the Notice and UCC-1 lien, nor the fact that the alleged debt was discharged.

13. On or about June 28, 2024 JP MORGAN CHASE BANK then blamed CDCR. "Affidavit of Negative Averment" was sent to Jeff Comber, Secretary via USPS

Certified Mail Restricted Delivery 9589 0710 5270 947 0432 97. The named Defendants did not respond, nor deny the Notice and UCC-1 lien, nor the fact that the alleged debt was discharged.

14. On September 14, 2024 "Administrative Negative Averment" was faxed to the named Defendants at JP MORGAN CHASE BANK and uploaded into the "Client Message Portal" and mailed via USPS Certified Mail Restricted Delivery to the named Defendants at CA FTB 7022 3330 0000 4580 0559. The named Defendants did not respond nor deny the Notice of RICO and wire fraud.

15. A demand was made to return the funds within 24 hours, which was ignored. The money appears to have been embezzled despite the known public commercial UCC-1 lien on the account and the fact that the commercial liabilities have been discharged.

16. On September 16, 2024 the current Clerk of the Court, Brenda L McCormick received the notice "Administrative Negative Averment. Order to Clerk of the Court to Schedule: Motion to Acknowledge Title 48 CFR International Commercial Affidavit Presented as Letter of Rogatory. Notice to Appoint Trustee wit Form 56 in Support of Motion to Acknowledge Title 48 CFR International Commercial Affidavit Presented as Letter of Rogatory. Motion for Oral Argument. It appears that Brenda L McCormick has made a judicial decision to reject the motion, refuse commercial discharge, and embezzle the discharge bonds.

17. On or about October 2, 2024 Derrick K Watson, dba JUDGE DERRICK K. WATSON, operating under Color of Law at all times (Capitis Deminutio Maxima), changed the criminal complaint to civil, without my consent, the review of the evidence, or by a grand jury, and issued a "Deficiency Order" to file "In Forma Pauperis." Said order is irrelevant and void as administrative process and PAGA was exhausted and the case was bonded for a criminal complaint, not a civil complaint. It is "Blackletter Law" that all criminal cases must be bonded.

Derrick K Watson appears to be knowingly, intentionally, and willfully blocking justice in violation of the premise of FRCP Rule 8(e) "justice" and the 7th Amendment for the United States Constitution as the Defendants appear to be claiming that Todd Alan Duell, living man, Trustee, Secured Party Creditor, Holder In Due Course, and Principal Owner is one in the same as the corporate legal fiction Estate TODD ALAN DUELL© in violation of 26 USC §

7701(a)(1)(26), 28 USC § 1331, and 31 CFR § 363.6 "minor", post Erie Railroad v Tomkins, 304 US 64 (1938). Under said presumption, that would make the Defendants admitting to a "common-law" crime in accord with the 7th Amendment of the United States Constitution.

**DEMAND FOR ARTICLE III COURT:** Demand is hereby made to proceed under Original Constitutional Jurisdiction, pre-March 9, 1933. Not post-March 9, 1933 "New Deal Construction" in relation to the parties as the named Defendants. See Norton v Shelby County, 118 US 425; the bonds created by the named Defendants are invalid and either the bonds or their value are required to be returned to Todd Alan Duell as the original owner.

18. On October 14, 2024, Affidavit in Support of In Forma Pauperis and **Criminal Complaint** Responsive to Deficiency Order Dated 10/02/2024 and Motion and Order to Convene Grand Jury was lodged with the Clerk of the Court. The grand jury was not convened.

19. On October 23, 2024, Motion to Acknowledge Title 48 CFR International Commercial Affidavit Presented as Letter Rogatory and Order to Clerk of the Court to Deposit Bonds to Convene Grand Jury and Criminal Complaint; 28 USC § 2041 was lodged with the Clerk of the Court. The Motion was not heard and the grand jury was not convened.

20. Instead, on November 1, Lucy H Carillo, dba LUCY H CARILLO, operating under "color of law" at all times (Capitis Deminutio Maxima), filed a judgment decision by the court for the criminal complaint on behalf Derrick K Watson dba JUDGE DERRICK K WATSON to dismiss the criminal complaint without my consent as the Ex Relatione complainant in the instant case.

**TAKE NOTICE:** It appears that Derrick K Watson and Lucy H Carillo are conspiring aid and abet securities fraud in violation of 18 USC §§ 472, 475, 2073, and SEC Rule 10B-5, for which Todd Alan Duell is the Beneficiary.

## BONDS FOR CRIMINAL COMPLAINT

21. As the Holder In Due Course, I am hereby attaching my bond(s) for the Criminal Complaint in the nature of Ex Relatione; 28 USC § 2041, 48 CFR Ch.1 § 53.228, SF 24, 25, 25A, 28, 1418, 273, 274, 275.

**TAKE NOTICE:** Bonds for JUDGE DERRICK K WATSON and LUCY H CARRILLO have been arrested and attached to this instant criminal case; UCC § 3-419, "GOOD AS AVAL" as per the notice of right to amend the criminal complaint.

**TAKE NOTICE: Clerk of the Court:** Is requested to fill in the Invitation Number (Case Number) and any other necessary information, including, but not limited to the CUSIP's for; GSA SF 24, 25, 25A, 28, 1418, 273, 274, 275 to bond the criminal charges for the named Defendants.

I agree to sign the bonds in front of the Clerk of the Court and/or Judge as witness.

## RESERVATION OF RIGHT TO AMEND COMPLAINT

**TAKE NOTCE:** I reserve all rights to amend this complaint as new individuals and evidence becomes available.

## ORDER TO CONVENE GRAND JURY

**WHEREFORE,** In accord with the nature of Ex Relation, injured party moves/instructs the Clerk of the Court to convene the grand jury.

## ADDITIONAL POINTS AND AUTHORITIES

22. **48 CFR Ch. 1 § 53.228 and the CSIG Treaty – What authority does a BAR member and the Court have to strike the entire bonding and insurance and underwriting system for the United States monetary system authorized by the Federal Reserve and Public Policy under the International CISG Treaty? Has this Public Policy been repealed?**

23. **12 USC § 266** Fiscal Agents; duties – PENNYMAC LOAN SERVICES and the COURT are "Fiscal Agents", with access to a TT&L Terminal **(31 CFR § 203)** to perform setoff and discharge of all commercial liabilities as a routine operation.

Banks, savings <u>banks</u>, and savings and loan, building and loan, homestead associations (including cooperative <u>banks</u>), and credit unions created under the laws of any State and the deposits or accounts of which are insured by a State or agency thereof or corporation chartered pursuant to the laws of any State may be depositaries of public money and may be employed as fiscal agents of the United States. The Secretary of the Treasury is authorized to deposit public money in any such institution, and shall prescribe such regulations as may be necessary to enable such institutions to become depositaries of public money and fiscal agents of the United States. Each such institution shall perform all such reasonable duties as depositary of public money and fiscal agent of the United States as may be required of it including services in connection with the collection of taxes and other obligations owed the United States.

(<u>Pub. L. 95–147, § 2(d)</u>, Oct. 28, 1977, <u>91 Stat. 1228</u>.)

24. DEPARTMENT OF AGRICULTURE RURAL DEVELOPMENT RURAL HOUSING SERVICE v KIRTZ, February 8, 2024 No. 22-846

    **<u>"Congress has authorized a waiver of sovereign immunity"</u>**

25. LOPER BRIGHT ENTERPRISES V RAIMONDO, 603 US _ JUNE 28, 2024

    **<u>"The Administrative Procedures Act Requires courts to exercise their independent judgment in deciding whether an agency has acted within its statutory authority and courts may not defer to an agency interpretation of the law simply because a statute is ambiguous."</u>**

26. ARAU V. ROCKET MORTGAGE, U.S. SUPREME COURT DOCKET NO. 23-1284; Conference set for September 30, 2024.

    a) Can the identified "Holder" of a securitized debt instrument (i.e. mortgage, car loan, etc.) avoid discharge of the debt when bonds are issued in accord with Title 48 CFR Ch. 1 § 53.228?
    b) Can any court dishonor discharge when bonds are issued in accordance with Title 48 CFR Ch. 1 § 53.228?
    c) Can any court ignore the nature of the Bills of Exchange Act as it applies to securitized liabilities in accord with Title 48 CFR Ch. 1 § 53.228?

d) Is it possible to achieve a quiet title or lis pendens action without court due process?
e) Can the alleged creditor, who sold the debt to a third party, maintain standing to foreclose or reposess when the liability was discharged in accord with Title 48 CFR Ch. 1 § 53.228?
f) Can a third party, who is not the securitized liability debt "Holder" perform a foreclosure or repossession action?
g) Are the courts violating the U.S. Constitution Article 1, § 8, Cl. 17, Commerce Clause, when blocking the ability to tender bonds (U.C.C. § 2-511 "Tender of Payment by Buyer; Payment by Check") to discharge commercial paper liabilities in addition to U.S. Constitution Article 3, § 2, Cl. 1, Judicial Clause, by and through Title 28 U.S.C. § 3002(4) "Debtor" and U.C.C. § 2-201(2) "Statutes of Frauds"?

Complainant Signature: _____
Todd Alan Duell
Trustee
Secured Party Creditor
Holder In Due Course
Principal Owner
Internationally Protected Person
PL 94-467, PL 92-539
Without Prejudice
Without Recourse
CO SOS UCC-1:20212079883
d/b/a TODD ALAN DUELL© TRUST

Sworn to before me and signed in my presence.

Date: _____

_____
Judge's Signature

City and State: <u>Honolulu, Hawaii</u>

_____
Printed Name and Title