# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TODD ALAN DUELL,<br><br>　　　　Plaintiff,<br><br>V.<br><br>BRENDA L. McCORMICK, *et al.*,<br><br>　　　　Defendants. | JUDGMENT IN A MISCELLANEOUS CASE<br><br>Case: MC 24-00639 MWJS-RT<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>December 11, 2024<br><br>At 12 o'clock and 50 min pm<br>LUCY H. CARRILLO, CLERK |

[ ]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　　On December 11, 2024, the Court issued its "Order Dismissing Case Without Prejudice," ECF No. 5 (December 11, 2024 Order).

　　　　IT IS ORDERED AND ADJUDGED that this action is HEREBY dismissed without prejudice, pursuant to and in accordance with the December 11, 2024 Order. Further, the Clerk is DIRECTED to enter judgment and close this case.

| | |
|---|---|
| December 11, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |